# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133960

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD ROGOW and RICKI ROGOW,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

COMERICA BANK,
   Defendant/Counter-Plaintiff/Third-
   Party Plaintiff-Appellee,

v

HOMECOMINGS FINANCIAL NETWORK,
INC.,
   Third-Party Defendant-Appellant,

and

ROGO, INC., d/b/a BIG DADDY'S PARTHENON
TTG, INC., d/b/a BIG DADDY'S PARTHENON
TTGP, INC., BIG DADDY'S PARTHENON,
SAILING SHIP, INC., HOWARD BABCOCK,
ANDREW C. JACOB, LINDEN NELSON,
ANTHANASIOS PERISTERIS, ROBERT S.
SILVERSTEIN TRUST, ROBERT S.
SILVERSTEIN, and JACK B. WOLFE,
   Third-Party Defendants.
_____/

SC: 133960
COA: 266430
Oakland CC: 2003-046991-CK

On order of the Court, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

s0830